358 A.2d 66

Fayette Bank and Trust Company v. Adams et vir,
Appellants.

Argued April 16, 1976. David B. Adams, in propria persona, with him Gregg H. Lewellyn, for appellants; Ira B. Coldren, Jr., with him Ralph K. Barclay, Jr., for appellee.

Order and judgment affirmed.

358 A.2d 85

Ferguson v. Allegheny School District, Appellant.

Argued April 14, 1976. Frederick A. Boehm, with him Philip P. Lope, for appellant; Mark B. Aronson, with him Behrend and Aronson, for appellee.

Order affirmed.